IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00180-MSK-KLM

JUAN MANUEL RAMIREZ-TOLENTINO,

      Plaintiff,

v.

CITY OF AURORA,

      Defendant.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice of All Claims Against Defendant Aaron H. Woodbury and Motion to Recaption (Motion) **(#30)** filed September 7, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiff against Defendant Aaron H. Woodbury are hereby dismissed with prejudice, each party to bear his, her or its own attorneys' fees and costs. All future captions shall omit Defendant Woodbury.

DATED this 7th day of September, 2012.

                                                      **BY THE COURT:**

                                                      Marcia S. Krieger
                                                      United States District Judge