IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00180-MSK-KLM

JUAN MANUEL RAMIREZ-TOLENTINO,

        Plaintiff,

v.

CITY OF AURORA,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice of All Claims (Motion) **(#35)** filed September 18, 2012. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 19th day of September, 2012.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge